UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ODELET SIMEON,

Petitioner,

v. Case No.: 2:26-cv-2374-SPC-KRH

WARDEN OF GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Odelet Simeon's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).

Simeon is native of Haiti who entered the United States in September 2022. Immigration and Customs Enforcement (ICE) commenced removal proceedings on January 16, 2023, by issuing a notice to appear. In 2025, Florida charged Odelet with harvesting palmetto berries without permission. He has not been convicted, and he has no other criminal history. On February 11, 2026, the Collier County Sheriff's Office detained Simeon when he appeared for an appointment relating to the charge. On July 17, 2026, this Court granted Simeon's first habeas petition and ordered the following relief:

> The Court orders the Respondents to bring Petitioner before an immigration judge for an individualized bond hearing within seven days of the date of this Order. The hearing must include--and the resulting order must reflect--consideration of the factors set forth in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and the government must bear the burden

> of proof. If Respondents are unable to ensure Petitioner receives a bond hearing that complies with this Order within seven days, they must release him under reasonable conditions of supervision.

*Simeon v. Warden*, M.D. Fla. Case No. 2:26-cv-2151-SPC-NPM (Doc. 6).

Immigration Judge Jennifer Mazza held a custody redetermination hearing on July 24, 2026. She denied Simeon's request for release on bond with the following order:

> Pursuant to a Habeas Petition – Respondent failed to demonstrate that they do not present a risk of flight. See Matter of Guerra, 24 I&N Dec. 37, 40 (BIA 2006) and Matter of R-A-V-P, 27 I&N Dec. 803 (BIA 2020)

(Doc. 1-1). Simeon argues Judge Mazza failed to comply with this Court's order. The Court agrees. It is clear from the bond order that the July 17, 2026 bond hearing did not comply with the Court's order. Specifically, Judge Mazza put the burden on Simeon, and the resulting order did not reflect consideration of evidence and the factors set forth in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006). Because the respondents did not afford Simeon a bond hearing that complied with the July 17, 2026 Order, Simeon is entitled to the alternative remedy—release from custody.

Accordingly, Simeon's petition (Doc. 1) is **granted**. The respondents shall release Simeon within 12 hours of this Order and facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected. The Clerk is **directed** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record